UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


STATE AUTO INSURANCE COMPANIES,

      Plaintiff,

v                                                                Case No. 10-CV-10896
                                                                 HON. MARK A. GOLDSMITH
SIEMENS BUILDING TECHNOLOGIES,
INC.,

      Defendant.
_____/

## ORDER STRIKING STIPULATION AND ORDER

On March 30, 2011, Plaintiff's counsel filed a stipulation and order [DE #26].  Pursuant

to E.D. Mich. Local Rules Appendix ECF Rule 11(a), a proposed stipulation and order must be

submitted as a Word or WordPerfect Document via the link under the Utilities section of

CM/ECF.  The stipulation and order at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation and order [DE #26] is STRICKEN.


Dated: March 30, 2011                        s/Mark A. Goldsmith
                                             MARK A. GOLDSMITH
                                             United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record
and any unrepresented parties via the Court's ECF System to their respective email or First Class
U.S. mail addresses disclosed on the Notice of Electronic Filing on March 30, 2011.

                                             s/Deborah J. Goltz
                                             DEBORAH J. GOLTZ
                                             Case Manager